ECF

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION | MDL No. 1789 |
| ETHEL WHITE, individually | Case No: 1:07-cv-6882-JFK-JCF |
| | **NOTICE OF APPEARANCE** |
| Plaintiffs, | |
| | *This document relates to: 1:07-md-1789-JFK* |
| v. | |
| MERCK & COMPANY, INC., | |
| Defendant. | |

COMES NOW Susan Fuller, of the law firm of Reich & Binstock, LLP and hereby gives the Court her notice of appearance as counsel on behalf of the Plaintiffs in this cause.

Dated: August 10, 2007            Respectfully submitted,

                                                                      s/ Susan Fuller
Susan Fuller (24032212)
REICH AND BINSTOCK, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Telephone: (713) 622-7271
Fax: (713) 623-8724

ATTORNEYS FOR PLAINTIFFS

ECF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 10, 2007, the foregoing *Notice of Appearance* was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF System.

                                  s/ Susan Fuller